**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

**JULIE SCHULTZ,**                                   Case No. 10-cv-4935

           PLAINTIFF,

v.

**GLOBAL CREDIT & COLLECTION CORPORATION,**

           DEFENDANT.

## NOTICE OF FILING

TO:     Alexander H. Burke
           Burke Law Offices, LLC.
           155 N Michigan Ave. Ste 9020
           Chicago, IL 60601

      Please take notice that on September 16, 2010 I filed the <u>Answer to Complaint</u> with the United States District Court of the Northern District of Illinois, Eastern Division.

      A copy of the above-referenced document is attached hereto and hereby served upon you.

                                       Respectfully submitted,

                                       /s Stacie E. Barhorst
                                       Stacie E. Barhorst
                                       BARHORST & ASSOCIATES, P.C.
                                       901 W. Jackson Blvd., Suite 301
                                       Chicago, Illinois  60607
                                       (312) 782-4270
                                       (312) 782-4301 (fax)
                                       Email:  stacie@barhorstlaw.com

                                       *Attorney for Defendant*
                                       *Global Credit & Collection Corp.*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that this document was filed electronically this 16th day of September 2010. Notice of this filing will be sent to counsel of record at the email addresses registered by them with the Court by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Stacie E. Barhorst