**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **JULIE SCHULTZ,** | Case No. 10-cv-4935 |
| PLAINTIFF, | Hon. Ronald A. Guzman |
| v. | |
| **GLOBAL CREDIT & COLLECTION CORPORATION,** | |
| DEFENDANT. | |

**DEFENDANT'S RULE 68 OFFER OF JUDGMENT**

Defendant, Global Credit and Collection Corporation ("Defendant"), by and through counsel, hereby serves its Rule 68 on Plaintiff, Julie Schultz, and states as follows:

1. Defendant will allow judgment to be entered against it and in favor of the Plaintiff, Julie Schultz, in the sum of $1,001.00, plus court costs together with reasonable attorneys' fees as determined by this Court.

2. The circumstances under which this offer may be accepted and/or is deemed rejected are set out in Rule 68, Federal Rules of Civil Procedure.

Respectfully submitted,

/s Stacie E. Barhorst
Stacie E. Barhorst
BARHORST & ASSOCIATES, P.C.
901 W. Jackson Blvd., Suite 301
Chicago, Illinois 60607
(312) 782-4270
(312) 782-4301 (fax)
Email: stacie@barhorstlaw.com

*Attorney for Defendant,
Global Credit & Collection Corp.*

2

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that she served the foregoing on this 13th day of October 2010 by regular mail, proper postage prepaid, and via email Alex Burke at aburke@burkelawllc.com.

s/ Stacie E. Barhorst